UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Geneva Russell,**

    *Plaintiff,*

**v.**

    Case No. 3:16-cv-224
    Judge Thomas M. Rose

**Carolyn Colvin, Acting Commissioner of Social Security,**

    *Defendant.*

---

**DECISION AND ENTRY GRANTING JOINT MOTION FOR REMAND** (DOC. 9) **AND TERMINATING CASE.**

---

Pending before the Court is Plaintiff Geneva Russell and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security's Joint Motion for Remand. (Doc. 9). Pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58, the Court **ORDERS** the instant case **REMANDED**. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings, offer the plaintiff a supplemental hearing and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act.

The Court **ORDERS** the Clerk to terminate the instant case from the docket of the United States District Court, Western Division at Dayton.

1

**DONE** and **ORDERED** this Tuesday, November 22, 2016.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE